UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

March 30, 2012

LETTER TO COUNSEL:     *In re Webvention LLC ('294) Patent Litigation*
                                              Case No. 11-md-2294

Dear Counsel:

It was a pleasure meeting with you this morning. To confirm the results of our conference, I am granting the defendants' request to brief their motion for a stay pending reexamination. The following schedule was set.

1. The defendants' motion and memorandum is due no later than **April 20, 2012**;

2. the plaintiffs' opposition is due **May 4, 2012**; and

3. the defendants' reply is due **May 15, 2012**.

I anticipate making a prompt decision based on your filings; if argument is needed, I will schedule a conference call for that purpose.

As noted, defendants' motion also may discuss, briefly, the expedited schedule they would request if the motion to stay is not granted, and plaintiffs may address that proposed schedule in their opposition. Pending a decision on the motion to stay, no scheduling order will be issued.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge