# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **IN RE WEBVENTION LLC '294 PATENT LITIGATION** | ) ) ) ) | **MDL NO. 11-MD-2294** <br><br> **JURY TRIAL DEMANDED** |
| WEBVENTION LLC <br><br> Plaintiff, <br> v. <br><br> ADIDAS AMERICA INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) | 1:11-cv-03623-CCB |
| WEBVENTION LLC <br><br> Plaintiff, <br> v. <br><br> ALLERGAN, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) | 1:11-cv-03624-CCB |
| WEBVENTION LLC <br><br> Plaintiff, <br> v. <br><br> CAMPBELL SOUP CO., ET AL., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) | 1:12-cv-00003-CCB |
| WEBVENTION LLC <br><br> Plaintiff, <br> v. <br><br> A/X ARMANI EXCHANGE LLC; PRESIDIO INTERNATIONAL, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) | 1:12-cv-00017-CCB |
| WEBVENTION LLC <br><br> Plaintiff, <br> v. <br><br> BEAZER HOMES USA, INC.; BEAZER HOMES TEXAS HOLDINGS, INC.; BEAZER GENERAL SERVICES, INC. | ) ) ) ) ) ) ) ) ) ) ) | 1:12-cv-00004-CCB |

| | | |
|---|---|---|
| Defendants. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:12-cv-00006-CCB |
| | ) | |
| ENTERTAINMENT EARTH, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:12-cv-00007-CCB |
| | ) | |
| ERNST & YOUNG LLP | ) | |
| | ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:12-cv-00016-CCB |
| | ) | |
| GNC HOLDINGS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:12-cv-00009-CCB |
| | ) | |
| LANDSTAR SYSTEM INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:12-cv-00011-CCB |
| | ) | |
| SUR LA TABLE, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-00013-CCB |

| | | |
|---|---|---|
| UNIVERSAL FOREST PRODUCTS, INC<br><br>Defendants. | )<br>)<br>)<br>) | |
| WEBVENTION LLC<br><br>          Plaintiff,<br>     v.<br><br>VITACOST.COM, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:12-cv-00014-CCB |
| NOVARTIS CORPORATION,<br><br>          Plaintiff,<br>v.<br><br>WEBVENTION HOLDINGS LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:11-cv-3620-CCB |
| MARIE CLAIRE/HEARST *et al.*,<br><br>          Plaintiffs,<br>v.<br><br>WEBVENTION HOLDINGS LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:11-cv-3622-CCB |

**DEFENDANTS' MOTION TO STAY THE PROCEEDINGS PENDING
REEXAMINATION OF THE '294 PATENT**

Defendants[1] in this multidistrict patent infringement litigation with plaintiffs Webvention LLC and Webvention Group LLC (collectively, "Webvention") respectfully move to stay this action pending completion of the reexamination proceedings before the United States Patent and Trademark Office ("PTO") involving the patent-in-suit, United States Patent No. 5,251,294 (the "'294 patent"). The bases for Defendants motion are included in Defendants' Memorandum filed herewith.

Dated: April 20, 2012

Respectfully Submitted,

By: /s/Steven J. Rizzi
Steven J. Rizzi
Foley and Lardner LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 338-3543
Facsimile: (212) 687-2329
Email: srizzi@foley.com

*Attorney for Defendant Las Vegas Sands Corp.*

By: /s/Frederick D. Page
Frederick D. Page
Florida Bar No. 968587
Attorneys for Landstar System, Inc. and
Landstar System Holdings, Inc.
Holland & Knight LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872
Email: fred.page@hklaw.com

---

[1] The defendants include L. L. Bean, Inc., Nordstrom, Inc., J. Crew Group, Inc., Presidio International, Inc., Macy's Inc., the Coca-Cola Company, the Valspar Corporation, Landstar System, Inc., Landstar System Holdings, Inc. Vitacost.com, Vibrant Media, Inc., Las Vegas Sands Corp., Saks International, Zale Delaware, Inc., Ralph Lauren Corporation, GNC Holdings, Inc., General Nutrition Investment Company, Sur la Table, Inc., the Huffington Post.com, Inc., and HDR, Inc., as well as declaratory judgment plaintiffs Novartis Corporation, the Hearst Corporation, and Marie Claire/Hearst.

        Charles McLaurin (#17984)
        Holland & Knight LLP
        2099 Pennsylvania Avenue, N.W., Suite 100
        Washington, DC  20006
        Telephone:  (202) 862-5986
        Facsimile:  (202) 955-5564
        Email:  charles.mclaurin@hklaw.com

        By:  /s/Anthony F. LoCiero
        Anthony F. Lo Cicero
        Bar No. 1084698
        alocicero@arelaw.com
        Richard Mandaro
        David Boag
        AMSTER ROTHSTEIN & EBENSTEIN LLP
        90 Park Avenue
        New York, New York 10017
        Telephone:  (212) 336-8000
        Facsimile:  (212) 336-8001

        Attorneys for Defendant, Macy's, Inc.

        By:  /s/Patrick R. Colsher
        John F. Ward
        Email: jward@wardzinna.com
        Michael J. Zinna
        Email: mzinna@wardzinna.com
        David G. Lindenbaum
        Email: dlindenbaum@wardzinna.com
        Patrick R. Colsher
        Email: pcolsher@wardzinna.com
        Matthew C. Berntsen
        Email:  mberntsen@wardzinna.com

        WARD & ZINNA, LLC
        380 Madison Avenue
        New York, New York 10017
        Phone:  (212) 697-6262
        Facsimile:  (212) 972-5866

        *Attorneys for Defendant Saks Incorporated*

        By:  /s/Scott E. Stevens
        Scott E. Stevens
        Texas Bar No. 00792024

Darrell G. Dotson
Texas Bar No. 24002010
STEVENS LOVE
P.O. Box 3427
Longview, Texas 75606-3427
Telephone: (903) 753-6760
Facsimile: (903) 753-6761
Email: scott@stevenslove.com
Email: darrell@stevenslove.com

*Counsel for Defendant
Universal Forest Products, Inc.*

Sean T. O'Kelly (Del. I.D. No. 4349)
Ryan M. Ernst (Del. I.D. No. 4788)
O'Kelly & Ernst, LLC
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4905
Facsimile: (302) 295-2873
Email: sokelly@oelegal.com
Email: rernst@oelegal.com

By: /s/ Mark P. Wine
Mark P. Wine (CA State Bar No. 189897)
Thomas J. Gray (CA State Bar No. 191411)
Benjamin S. Lin (CA State Bar No. 232735)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2250 Main Street, Suite 1100
Irvine, CA 92614-8255
Tel: 949-567-6700
Fax: 949-567-6710
Email: mwine@orrick.com
Email: tgray@orrick.com
Email: blin@orrick.com

*Attorneys for Defendants Zale Delaware, Inc., Ralph Lauren Corporation, GNC Holdings, Inc., and General Nutrition Investment Company*

By: /s/ Alan M. Fisch
Alan M. Fisch
Jason F. Hoffman
Jeffrey M. Saltman

6

KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: (202) 682-3500
Facsimile: (202) 682-3580
Email: alan.fisch@kayescholer.com
Email: jason.hoffman@kayescholer.com
Email: jeffrey.saltman@kayescholer.com

*Attorneys for Plaintiffs Novartis Corporation, Marie Claire/Hearst, and The Hearst Corporation*

By: /s/Robert L. Lee
Robert L. Lee
Kamran Jivani
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Telephone: 404-881-7000
Facsimile: 404-253-8831
Email: bob.lee@alston.com
Email: kamran.jivani @alston.com

William H. Baker
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 922-3888
Email: bill.baker@alston.com

Derek S. Neilson
ALSTON & BIRD LLP
2828 North Harwood Street
Suite 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Fax: (214) 922-3899
Email: derek.neilson@alston.com

Attorneys for Defendants The Valspar Corporation, The Coca-Cola Company

By: /s/ Vivian S. Kuo

Vivian S. Kuo
Andrew R. Sommer
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: vkuo@winston.com
Email: asommer@winston.com

*Attorneys for Defendant The Huffington Post.com, Inc.*

By: /s/ Kevin M. Littman
Kevin M. Littman
Matthew B. Lowrie, Esq.
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA  02199-7610
Telephone:  (617) 342-4000
Facsimile:  (617) 342-4001

*Attorneys for Defendant Vibrant Media, Inc.*


By: /s/Mark J. Peterson
Mark J. Peterson
Nebraska Bar No. 18850
Stinson Morrison Hecker LLP
1299 Farnam Street, Suite 1500
Omaha, NE  68102
Telephone:  (402) 930-1764
Facsimile:  (402) 829-8741
Email:  mpeterson@stinson.com

Attorneys for Defendant HDR, Inc.

William E. Davis III
Texas State Bar No. 24047416
The Davis Firm, PC
 111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email:  bdavis@bdavisfirm.com

Sean T. O'Kelly (Del. I.D. No. 4349)

Ryan M. Ernst (Del. I.D. No. 4788)
O'Kelly & Ernst, LLC
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4905
Facsimile: (302) 295-2873
Email: sokelly@oelegal.com
Email: rernst@oelegal.com

/s/ Peter J. Brann
Peter J. Brann
pbrann@brannlaw.com
David Swetnam–Burland
dsb@brannlaw.com
Stacy O. Stitham
sstitham@brannlaw.com
**BRANN & ISAACSON**
184 Main Street; P.O. Box 3070
Lewiston, ME 04243–3070
(207) 786–3566

*Attorneys for Defendants L.L. Bean, Inc., J. Crew Group, Inc., Nordstrom, Inc., and Presidio International Inc.*

By:  /s/ Andy H. Chan
Thomas F. Fitzpatrick
Andy H. Chan
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, California 94025
Tel.:  650.752.3113
Fax:  650.853.1038
E-Mail:  tfitzpatrick@goodwinprocter.com
E-Mail:  achan@goodwinprocter.com

Attorneys for Defendant Sur La Table, Inc.