RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

AUG 0 5 2014

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: WEBVENTION LLC ('294) PATENT LITIGATION | ) ) ) | MDL 11-md-2294 |
| WEBVENTION LLC | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:11-cv-03623-CCB |
| ADIDAS AMERICA INC., et al., | ) ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:11-cv-03624-CCB |
| ALLERGAN, INC., et al., | ) ) | |
| Defendants. | ) | |
| WEBVENTION LLC | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:12-cv-00016-CCB |
| GNC HOLDINGS, ET AL., | ) ) | |
| Defendants. | ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 AUG 29 A 11: 37
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPU

APPROVED:
8-29-2014

_____/S/_____
Judge Catherine C. Blake
U.S. District Judge

## JOINT MOTION TO DISMISS

Plaintiff Webvention LLC ("Plaintiff" or "Webvention") and Defendants Zale Delaware,

Inc. ("Zale"), Polo Ralph Lauren Corporation ("Polo"), GNC Holdings, Inc. ("GNC Holdings"),

and General Nutrition Investment Company ("GNC Investment Co.") (collectively

"Defendants"), pursuant to Fed. R. Civ. P. 41(a), hereby move for an order dismissing all of

Plaintiff's claims in this action WITH PREJUDICE and dismissing Defendants' counterclaims

WITHOUT PREJUDICE to refiling in the event someone else tries to file suit against

Defendants on the same claims, with each party to bear its own costs, expenses and attorneys'

fees.

Dated: August 5, 2014

By: /s/ Mark P. Wine
Mark P. Wine
Benjamin S. Lin
Thomas J. Gray
**Orrick Herrington and Sutcliffe LLP**
2050 Main Street, Suite 1100
Irvine, California 92614
Telephone: (949) 567-6700
Facsimile: (949) 567-6710
Email: mwine@orrick.com
Email: blin@orrick.com
Email: tgray@orrick.com

**ATTORNEYS FOR DEFENDANTS
ZALE DELAWARE, INC.
POLO RALPH LAUREN CORPORATION
GNC HOLDINGS, INC.
GENERAL NUTRITION INVESTMENT
COMPANY**

Respectfully Submitted

By: /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
222 N. Fredonia Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

Sean T. O'Kelly (Del. I.D. No. 4349)
Ryan M. Ernst (Del. I.D. No. 4788)
**O'Kelly & Ernst, LLC**
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4905
Facsimile: (302) 295-2873
Email: sokelly@oelegal.com
Email: rernst@oelegal.com"

Benjamin Rosenberg
Maryland State Bar No. 00263
Stuart A. Cherry
**Rosenberg | Martin | Greenberg, LLP**
25 S. Charles Street, Suite 2115

2

Baltimore, Maryland 21201
Telephone: (410) 727-6600
Facsimile: (410) 727-1115
Email: brosenberg@rosenbergmartin.com
Email: scherry@rosenbergmartin.com

**ATTORNEYS FOR PLAINTIFF
WEBVENTION LLC**

3